UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| RONALD THOMAS BARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>SHOALS HOSPITAL, et al.,<br><br>    Defendants. | Case No.: 3:19-cv-00642-LCB-GMB |

## MEMORANDUM OPINION

The magistrate judge filed a report on August 16, 2019, recommending this action be dismissed without prejudice for lack of prosecution. (Doc. 9). The magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days. (*Id.*). On August 23, 2019, the U.S. Postal Service returned the plaintiff's copy of the report mailed to his address of record as undeliverable. (Doc. 10). The plaintiff has not provided the court with his current address though he agreed to do so in his complaint signed under oath. (Doc. 1 at 10) ("I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.").

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for lack of prosecution.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this September 10, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE